IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:13-cv-117-RLV
(5:03-cr-12-RLV-10)

| | |
|---|---|
| EDWARD MONROE LITTLE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** is before the Court on review of Petitioner's motion to proceed in forma pauperis. (Doc. No. 4). Petitioner is represented by Ann L. Hester of the Federal Defenders of Western North Carolina. In an Order by this Court dated December 3, 2013, the Court required Petitioner to produce a certified copy of his trust fund account statement <u>for the six-month period preceding the filing of his petition</u>. (Doc. No. 8). Petitioner filed his trust fund account statement on December 17, 2013. (Doc. No. 10). Petitioner filed his petition on August 15, 2013, but the trust fund account statement filed with the Court reflects Petitioner's account balance from October 4, 2013, to December 8, 2013. Therefore, the trust fund account statement does not show Petitioner's balance for the six-month period preceding the filing of his petition.

**IT IS THEREFORE ORDERED** that Petitioner shall produce a certified copy of his trust fund account statement for the six-month period preceding the filing of his petition within five (5) days from entry of this Order.

Signed: February 27, 2014

Richard L. Voorhees
United States District Judge