**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**5:13-cv-117-RLV**
**(5:03-cr-12-RLV-10)**

| | | |
|---|---|---|
| **EDWARD MONROE LITTLE,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

UPON MOTION of the Government, (Doc. No. 17), to hold Petitioner's habeas petition brought under 28 U.S.C. § 2241 in abeyance pending resolution of <u>United States v. Surratt</u>, No. 14-6851, and to extend the time for filing of the Government's Response until 45 days from the issuance of the Fourth Circuit's mandate in <u>Surratt</u>,

IT IS HEREBY ORDERED that the Motion to Stay, (Doc. No. 17), is **GRANTED**.

Signed: September 21, 2016

Richard L. Voorhees
United States District Judge