# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## 5:13-cv-117-RLV
## (5:03-cr-12-RLV-10)

| | | |
|---|---|---|
| **EDWARD MONROE LITTLE,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

UPON MOTION of Petitioner (Doc. No. 19), to hold Petitioner's habeas petition brought under 28 U.S.C. § 2241 in abeyance pending the Supreme Court's ruling in United States v. Surratt, No. 14-6851,

IT IS HEREBY ORDERED that the Motion to Stay, (Doc. No. 19), is **GRANTED**. The Government's Response shall be due 45 days following the outcome of Petitioner's appeal to the Supreme Court in Surratt.

Signed: July 26, 2017

Richard L. Voorhees
United States District Judge